NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERTA LANE,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2010-3191

---

Petition for review of the Merit Systems Protection Board in case no. DA531D100290-I-1.

---

**ON MOTION**

---

**ORDER**

Alberta Lane moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 21 days from the date of filing of this order.

NOV 3 0 2010
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alberta Lane
     Antonia R. Soares, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK